# WL | Wright Law
### ATTORNEY AT LAW

299 B‍ROADWAY, S‍UITE 708
N‍EW Y‍ORK, NY 10007
O‍FFICE (212) 822-1419 • F‍ACSIMILE (212) 822-1463
wrightlawnyc@gmail.com
www.wrightlawfirm.net

September 24, 2025

**VIA ECF**
Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:** *United States* v. *Oscar Sosa 25-CR-12 (RPK)*

Dear Judge Kovner,

  We represent the above defendant, Oscar Sosa, and on behalf of all parties respectfully request a six (6) week adjournment of the status conference currently scheduled for September 29, 2025 at 2:00pm. This request is made with the consent of the government.

  This adjournment would permit additional time for the government and defense counsel to continue on-going discussions regarding a potential pre-trial resolution. Defense counsel consents to the exclusion of time under the Speedy Trial Act.

  Thank you.

                      Sincerely,
                       /s/
                       Christopher Wright
                       /s/
                       Cesar de Castro

cc:  Irisa Chen, AUSA