

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JML
F# 2024R00204

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 22, 2025

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Oscar Eduardo Quilarque Sosa
                  Criminal Docket No. 25-12 (RPK)

Dear Judge Kovner:

      The government submits this letter on behalf of both parties to ask that the Court adjourn the status conference in this case scheduled for October 23, 2025. The parties are currently engaging in plea negotiations in an effort to resolve this case without a trial. The adjournment would give the parties additional time to continue those negotiations. Therefore, the parties respectfully request that the Court adjourn the status conference for approximately 60 days. The parties also ask that the Court exclude time on the speedy trial clock in the interest of justice because the parties are engaged in plea negotiations.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      Acting United States Attorney

By:    /s/
        Joy Lurinsky
        Irisa Chen
        Assistant U.S. Attorneys
        (718) 254-6099

cc:    Clerk of Court (RPK)
       Defense Counsel